**Order entered July 28, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00928-CV
No. 05-14-00929-CV
No. 05-14-00930-CV
No. 05-14-00931-CV
No. 05-14-00932-CV
No. 05-14-00933-CV

**FINANCIAL CASUALTY COMPANY, ET AL., Appellant**

**V.**

**MARK HUNT, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-33450-Y**
**Trial Court Cause No. F12-34988-Y**
**Trial Court Cause No. F12-33267-Y**
**Trial Court Cause No. F12-58322-Y**
**Trial Court Cause No. F13-53592-Y**
**Trial Court Cause No. F13-53593-Y**

## ORDER

The clerk's record in these cases are incomplete. Accordingly, the Court **ORDERS** the district clerk to file on or before August 4, 2014 a supplemental clerk's record in each of the above cases including the following items:

- Affidavit to Go Off Bond Warrant of Arrest dated August 12, 2013

- Affidavit of Surety to Surrender Principal dated August 12, 2013

- Motion and Affidavit of Surety for Discharge of Liability and Surrender of Principal Before Forfeiture dated August 13, 2013

- Contest of Surrender of Principal and Motion for Return of Bonding Fee dated August 27, 2013

- Subpoena Application Duces Tecum dated August 28, 2013

- Amended Contest of Surrender of Principal dated September 19, 2013

- Motion for New Trial dated October 29, 2013

- Correspondence from Robert E. Fitzgerald filed as "Motion Miscellaneous Crim" dated October 30, 2013

- Response to Surety's Motion for Reconsideration dated November 26, 2013

The Court **DIRECTS** the Clerk to send a copy of this order by electronic transmission to Gary Fitzsimmons, District Clerk.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE